UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X      02 CV 6803 (NG) (LB)
RICHARD EDWARDS,

                Petitioner,

   -against-                                                          <u>ORDER</u>

STATE OF NEW YORK,

                Respondent.
-----------------------------------------------------------------X

**GERSHON, United States District Judge:**

       Petitioner, challenging a state court conviction, seeks a writ of error *coram nobis* or, in the alternative, a writ of habeas corpus from the court. His petition was referred to Magistrate Judge Lois Bloom for report and recommendation ("R&R"). On June 14, 2006, Magistrate Judge Bloom issued an R&R recommending that the petition be denied. Petitioner has not filed any objections to the R&R, and the time for doing so has now expired.

       In accordance with the unopposed recommendation of Magistrate Judge Bloom, the petition is hereby denied. Since petitioner has failed to meet the standard set forth in 28 U.S.C. § 2253(c), a certificate of appealability is denied. Further, pursuant to 28 U.S.C. § 1915(a)(3), *in forma pauperis* status is denied for the purpose of an appeal. The Clerk of Court is directed to close this case.

                                                                              **SO ORDERED.**

                                                                         /S/
                                                           **NINA GERSHON**
                                                           **United States District Judge**

Dated: Brooklyn, New York
        July 12, 2006